Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Allen Richard Rodriguez
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See attached
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

**Defendants**

Billings Police Department "unknown detaining officer," Yellowston Sheriffs office, "unknown Medical Provider" Yellowstone County detention facility, YCDF Commander Valdez, FTO Sterling, Transport Officer Shirley

## I. THE PARTIES IN COMPLAINT

### A. PLAINTIFF

Name: Allen Richard Rodriguez
Other names used: Riley Allen, Kevin Thomas
ID Number: AO#3017367
Current Institution: Montana State Prison
Address: 700 Conley Lake Rd, Deer Lodge MT 59722

### B. DEFENDANTS

**Defendant No. 1**
Name, Job or title, Shield No, Employer, Address: Billings Police Department — detaining officer unknown

☐ Individual   ☒ Offical

**Defendant No. 2**
Name, Job or title, Shield Number, Employer, Address: Yellowstone Sheriffs Office

Yellowstone County
Billings MT 59101

☐ Individual   ☒ Offical

3

Defendant No 3
Name: Unknown Medical Provider
Job: ~~Nurses~~ Provider Theressa
Shield #:
Employer: Yellowstone Co. detention fac.
Address: 3615 King Ave E
Billings MT 59101
☐ Individual ☒ offical

Defendant No 4
Name: St. Vincents Hospital ER
Job: Attending Physicians, Nurses
Shield #:
Employer: Unknown
Address: Billings MT 59102
☐ Individual ☐ offical

Defendant No 5
Name: Valdez
Job: Jail commander
Shield #:
Employer: Yellowstone Co. detention fac.
Address: 3615 King Ave E
Billings MT 59101
☒ Individual ☐ offical

Defendant NO 6 Name FTO Sterling
Job title field training officer
shield #
employer Yellowstone Co. detention fac
Address 3615 King Ave E
Billings MT 59101

☒ Individual ☒ offical

Defendant No 7
Name Transport officer Shirley
Job
shield
employer Yellowstone Co. detention fac
Address 3615 King Ave E
Billings MT 59101

☐ Individual ☐

Defendant No 8

☒           ☐

II Basis for Jurisdiction

A Are you bringing suit against
   ☒ Federal officials (a bivens claim)
   ☒ State or local officials (a §1983 claim)

B Section 1983 claims alleging "deprivation of rights, privileges immunities secured by the constitution 42 usc 1983. What federal constitutional do I claim is being violated

14th Amendment  8th Amendment - I was repeatedly denied adequate medical care and response to needed surgical procedure. As a DOC inmate I was keep repeatedly worst conditions for attempting grievance

C Plaintiffs suing under Bivens may recover for violation of certain constitutional rights, what constitutional rights are you claiming is/are being violated by federal officials

originally an ICE detainee as arrested victim by first responder police (Billings Police Dept, Laase) I was denied proper medical care and suffered Tort injuries, FTCA
14th Amendment, 8th Amendment

D explain how each defendant acted in the color of local or federal law
The United States of America Failed to train and inform and guarantee medical rights to ICE detainee's in Billings Police force. The Billings Police department failed to provide proper medical treatment to a wounded victim of a violent crime while representing the city.
St. Vincents hospital represented the county as its employer, and providing emergency care as (cont)

D - CONTINUED

Billings Police Department represented the United States of America as Immagration arrest elevated color from state to federal.

"Unknown Medical Provider" at Yellowstone County jail color of United States and State, providing medical ICE and State inmate. Yellowstone County Sheriffs office was color of United States and State, detaining and housing federal and State inmates, including myself, and responsible for thier care.

Commander Valdez, FTO Sterling, and Transport Officer Shirley were representing the Sheriffs Department and color of State and Federal

## III Prisoner Status

I was a
Pretrial detainee, A convicted and sentenced State prisoner, and an Immigration detainee.

## IV. Statement of claim.

A. Events arose at St. Vincents hospital and continued at Yellowstone count detention facility.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

November 22, 2021   2:00 pm

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

See attached

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My tendon was severed from bone and needed MRI to diagnos, and surgery to re-attach, Pain meds should have been prescribed, No MRI or surgery. No pain meds resulting in permanent loss of ability use of thumb, pain and suffering.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monies deemed fitting for conpensation for avoidable disability, tort, pain and suffering, cruel and unusual punishment Consideration for federal torts claims Act

On November 22, 2021 2:00pm approximately at the St. Vincents Hospital emergency room while I was being detained following arrest by Billings Police Departments unknow officer and being treated for wounds recieved that led to 911 call and subsequent arrest and detain. After stitching left wrist the nurses started realizing my thumb (right hand) had no movement and started talking about ordering XRAY and MRI. I had inquired about internal stitches and stated "I think my thumb is broken, it wont move". Officer got visably upset and impatient and asked to converse out of earshot. Some time later the officer came back in the room alone and started me dressing out for transport. Nurse came and stated that I had not been discharged yet. Officer responded "There is medical where he is going, he's seems all patched up to me". Nurse stated she would prescribe pain meds and officer declined stating, "they dont allow narcotics in the jail". When the nurse went through list of questions prior to discharge she asked me to move my fingers. Again my thumb would not move and I said "my thumb is broken". Officer stated "He's faking the extent of his injuries to avoid going to jail".

9

Officer repeatedly denied me through his statements and dicisions adequate medical care. An MRI at this point would have resulted in immediate surgery to re-attach tendon and the disability would have been avoided or much less severe. Pain meds should have been prescribed. When nurses stated the pain meds should be prescribed in case I get released from jail, Officer stated "with his ICE hold he won't be getting out." The officer subjected me to undue pain and suffering. St. Vicents did not provide me with adequate medical care. I was brought by ambulance and was in no way combative or resistent to care and asked for care. I was insured. By not doing any x-ray or MRI even though they saw lack of ability to move thumb they demonstrated gross negligence. By not issuing pain meds they subjected me to undue pain and suffering. Nurses told me the movement would return in a day or two and that it didn't appear broken at discharge.

After incarceration at Yellowstone county detention center I started telling nurses at wound care my

thumb is broken". They told me to "kite medical" to see provider. I was placed in North 1 on the floor and had to use my hand many times a day to get up and down causing great pain. I kited and saw the provider Theresa and she diagnosed carpal tunnel. I told her I had seen medical over the last 5 years and I never had carpal tunnel. She stated I was "drug seeking". I grieved ad Sho saw me and said my grievance was exhausted and a ~~black said~~ ~~bite~~ Xray revealed no bone damage. Subsequent kites repeatedly asking for care resulted in a board voting to allow the medical processes needed to prevent disability and is my basis for naming county in suit as it's process is resulting in deprevation and resulted in futhere pain and injury.
Lack of immediate response by nurses and medical provider at YCDF caused me permanent disability and pain and ~~suffering~~.
The actions of the hospital, officer detaining, and Yellowstone detention medical are beyond careless. These are done under the color ~~United States~~, Yellowstone Co,

11

On the day of surgery I was prescribed medication and brought back to the Yellowstone County detention facility and instead of being placed back in my housing unit I was placed in booking cell number 6. It was filthy with piles of discarded sack lunches and dirty floor and sink/toilet. After several attempts to have the room cleaned citing surgical incisions, making a clean environment important and risk of staph and other infection I was told to go inside by officer Shirley and FTO Sterling. Several hours passed and the officers told me to refuse medication or I would be living in booking #6. I asked for grievances and was denied, FTO Sterling stated "There is no paperwork in booking." He also threatened "West 1" housing and said "You won't like your new celly" if I didn't stop asking for Sargent and grievances.
On the 3rd day Commander Valdez walked past my cell. I told him I had been denied grievance and stated "I have no write ups, this treatment is going to get me infected and I don't deserve it."

12

He left and had my box of personal effects brought to me in booking. The cell was not cleaned and I was denied cleaning materials and grievances on several occations. My repeated attempts earned me a move to medical cells in West one on the third night.

At west one I was denied my medication several times, and also given them several times. Ultimately the jail took the meds away citing narcotic procedures prohibit the dispersment of codiene in the facility although several other inmates continued to recieve Codiene.

I was detained with an ICE hold on November 22 and was deprived of proper medical care that would have greatly improved thumb function and prevented pain and suffering. MRI/XRAY should have been ordered immediately. Upon arrival at yellowstone detention the urgency should have been seen and the neglect and malpractice resulted in permanent disability. I was a DOC inmate sentenced/revokated on December 1, 2021 and was subjected to cruel and unusual punishment.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

14

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Yellowstone County detention center

2. What did you claim in your grievance?

   lack of appropriate medical response and care

3. What was the result, if any?

   grievance started a chain reaction of procedures ultimately leading to XRAY MRI and surgery

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   repeated attempts to grieve or appeal resulted in threats and elevated confinment,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Upon grievance to medical I was told remidies where no longer grievable and was denied ability to grieve several times, threatened worse confinned

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county and State)
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  No

17

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-8-2023

Signature of Plaintiff: Allen Rodriguez
Printed Name of Plaintiff: Allen Rodriguez
Prison Identification #: AO# 3017867
Prison Address: 700 Conley Lake Rd
Deer Lodge, MT 59722

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
_____, _____ _____
City   State   Zip Code
Telephone Number
E-mail Address

18