UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALLEN RICHARD RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS POLICE DEPT., et als.,<br><br>Defendant. | Case No. CV-23-093-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 13) this matter is DISMISSED.

Dated this 29th day of November 2023.

TYLER P. GILMAN, CLERK

By: /s/ H.G.
H.G., Deputy Clerk